UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

CERES CONSULTING L.L.C.,

    Plaintiff,

  v.

DYNASTEEL CORPORATION,

    Defendant.

Case No. 10-cv-251-JPG

## MEMORANDUM & ORDER

This matter comes before the Court on Plaintiff Ceres Consulting L.L.C.'s Notice of Voluntary Dismissal (Doc. 6).

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff has an absolute right to dismiss an action without a court order at any time before service by an adverse party of an answer or of a motion for summary judgment, whichever first occurs.

Here, Defendant Dynasteel Corporation has yet to file an answer or motion for summary judgment. As such, the Court acknowledges that the case is at an end and **DIRECTS** the Clerk of Court to close the file accordingly.

**IT IS SO ORDERED.**
**DATED: June 3, 2010**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**